1  FISHER & PHILLIPS LLP
   JEFFREY D. WINCHESTER, ESQ.
2  Nevada Bar No. 10279
3  3993 Howard Hughes Parkway
   Suite 650
4  Las Vegas, Nevada  89169
   Telephone:  (702) 252-3131
5  Facsimile:   (702) 252-7411

6  Attorneys for Defendants
7  Starpoint Resort Group, Inc. and
   Geoholiday Development, LLC

8
   **UNITED STATES DISTRICT COURT**
9
   **DISTRICT OF NEVADA**
10

11
   RICK BRUNTON and MICHAEL LEBER      Case No.: 2:09-cv-01101
12 individually and on behalf of all other
   similarly situated,                 **NOTICE OF REMOVAL OF**
13                                      **ACTION**
14         Plaintiffs,

15      v.

16 STARPOINT RESORT GROUP, INC.
   and GEOHOLIDAY DEVELOPMENT,
17 LLC, and "JOHN DOES", name
   fictitious, actual name and number
18 unknown,
19         Defendants.
20

21 TO:  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

22        PLEASE TAKE NOTICE that Defendants, Starpoint Resort Group, Inc. and

23 Geoholiday Development, LLC, by and through their counsel, Fisher & Phillips LLP,

24 hereby file this Notice of Removal of Action of this cause from the Eighth Judicial

25 District Court of the State of Nevada, Case No. A587844 (the "State Action"), in which

26 it is now pending, to the United States District Court for the District of Nevada, and

27 respectively states as follows:

28        1.      The jurisdiction of this court is invoked under 28 U.S.C. § 1331.

- 1 -

LasVegas 80202.1

**FISHER & PHILLIPS LLP**
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169

2. On April 15, 2009, Plaintiffs filed their Complaint in the State Action, which document was served on Defendants on June 2, 2009. Copies of all process, pleadings and orders served on said Defendants in connection with the State Action are appended hereto.

3. The grounds for removal are as follows: The Complaint alleges claims under the Fair Labor Standards Act (29 U.S.C. §§ 206 and 207 *et. seq.*), presenting federal questions under 28 U.S.C. § 1331.

4. The Court has supplemental jurisdiction over the state-law causes of action in the Complaint pursuant to 28 U.S.C. § 1367.

5. This Notice of Removal of Action is executed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Dated this 19th day of June, 2009

FISHER & PHILLIPS LLP

  /s/ Jeffrey D. Winchester
JEFFREY D. WINCHESTER, ESQ.
3993 Howard Hughes Parkway, Suite 650
Las Vegas, NV  89169
Attorneys for Defendants
Starpoint Resort Group, Inc. and
Geoholiday Development, LLC

## CERTIFICATE OF ELECTRONIC SERVICE

This is to certify that on the 19th day of June, 2009, the undersigned, an employee of Fisher & Phillips, LLP, electronically filed the foregoing **NOTICE OF REMOVAL OF ACTION** with the U.S. District Court, and a copy was electronically transmitted from the court to the e-mail address on file for Mark R. Thierman, Esq. and Leon Greenberg, Esq.

By:   /s/ Maria E. Warkentin
An employee of Fisher & Phillips, LLP

LasVegas 80202.1

FISHER & PHILLIPS LLP
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89169