FISHER & PHILLIPS LLP
JEFFREY D. WINCHESTER, ESQ.
Nevada Bar No. 10279
3993 Howard Hughes Parkway
Suite 650
Las Vegas, Nevada  89169
Telephone:  (702) 252-3131
Facsimile:   (702) 252-7411

Attorneys for Defendants
Starpoint Resort Group, Inc. and
Geoholiday Development, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICK BRUNTON and MICHAEL LEBER individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARPOINT RESORT GROUP, INC. and GEOHOLIDAY DEVELOPMENT, LLC, and "JOHN DOES", name fictitious, actual name and number unknown,<br><br>Defendants. | Case No.: 2:09-cv-01101-RLH-PAL<br><br><br>**DEFENDANTS' CERTIFICATE REQUIRED BY LOCAL RULE 7.1-1** |

The undersigned counsel of record for Defendants, STARPOINT RESORT GROUP, INC. ('STARPOINT") and GEOHOLIDAY DEVELOPMENT, LLC, ("GEOHOLIDAY") certifies that the following parties have a pecuniary interest in the outcome of this case:

GEO DEVELOPMENT COLORADO, INC., a Nevada corporation

KINVARA HOLDINGS, LLC, a Nevada limited liability company

Other than the named parties and the entities identified herein, these Defendants are not aware of any other person or entity who/which may have any

- 1 -

LasVegas 80437.1

1  interest in the outcome of this case. These representations are made to enable judges
2  of the Court to evaluate possible disqualifications or recusal.
3       Dated this 29th day of June, 2009.

4                                   FISHER & PHILLIPS LLP

6          /s/ Jeffrey D. Winchester
           JEFFREY D. WINCHESTER, ESQ.
7          3993 Howard Hughes Parkway, Suite 650
           Las Vegas, NV  89169
8          Attorneys for Defendants
           Starpoint Resort Group, Inc. and
9          Geoholiday Development, LLC

LasVegas 80437.1