Mark R. Thierman, NSB 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500

Leon Greenberg, NSB 8094
A Professional Corporation
633 South 4th Street - Suite 4
Las Vegas, Nevada 89101
Telephone (702) 383-6085

*Attorneys for Plaintiffs*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Jeffrey D. Winchester, Esq.
Nevada Bar No. 10279
3800 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
Telephone:  (702) 791-7600
Facsimile:   (702) 369-5694

TAYLOR ENGLISH DUMA,LLP
Darren T. Horvath, Esq.
Georgia Bar No. 368205
Admitted *pro hac vice* (July 23, 2009)
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile:  (770) 434-7376

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICK BRUNTON and MICHAEL LEBER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARPOINT RESORT GROUP, INC. and GEOHOLIDAY DEVELOPMENT, LLC, and "John Does", name fictitious, actual name and number unknown,<br><br>Defendants. | **Case #: 09-cv-01101-RLH-PAL**<br><br>JOINT MOTION TO STAY ALL PROCEEDINGS EXCEPT THOSE PROCEEDINGS NECESSARY FOR THE COURT'S ACTIONS ON THE PARTIES' SUBMITTED PROPOSED CLASS ACTION SETTLEMENT |

1

The parties, through their below counsel, hereby present this Joint Motion seeking an Order Staying all proceedings in this case except for such proceedings as are necessary for approval, completion, and implementation of Parties' proposed class action Settlement, which was submitted to the Court on February 7, 2011.

## DISCUSSION

The Parties recently finalized and executed a Stipulation and Settlement Agreement of Claims ("Stipulation"). On February 7, 2011, Plaintiffs filed an unopposed motion for preliminary approval of the class action settlement. (Docket Entry #51). On February 9, 2011, the Court granted Plaintiffs' motion, setting May 20, 2011 as the deadline for filing and serving a motion for final approval of the settlement and setting the Final Approval Hearing for June 23, 2011. (Docket Entry #53).  The Stipulation preliminarily approved by the Court includes a provision wherein the Parties agree "to hold in abeyance all proceedings in the Action, except such proceedings necessary to implement and complete the Settlement, pending the Final Approval Hearing to be conducted by the Court."

WHEREFORE, based on the Parties' Stipulation and the Court's preliminary approval of the settlement, the Parties respectfully request that this Honorable Court stay all

proceedings except for such proceedings as are necessary for approval, completion, and implementation of Parties' proposed class action Settlement.

Submitted by:
Dated:  February 10, 2011           Dated:  February 10, 201

OGLETREE, DEAKINS, NASH,            THIERMAN LAW FIRM
SMOAK & STEWART, P.C.

  /s/ Jeffrey D. Winchester            /s/ Mark R. Thierman
Jeffrey D. Winchester, Esq.         Mark R. Thierman, Esq.
3800 Howard Hughes Pkwy.            7287 Lakeside Drive
Suite 1100                          Reno, NV  89511
Las Vegas, NV  89169                Telephone: (775) 284-1500
Telephone:  (702) 791-7600          *Attorney for Plaintiffs*
Facsimile:   (702) 369-5694
*Attorneys for Defendants*


Dated:  February 10, 2011           Dated:  February 10, 2011

TAYLOR ENGLISH DUMA LLP

  /s/ Darren T. Horvath               /s/ Leon Greenberg
Darren T. Horvath, Esq.             Leon Greenberg, Esq.
1600 Parkwood Circle                633 S. Fourth Street, Ste. 4
Suite 400                           Las Vegas, NV 89101
Atlanta, Georgia 30339              Telephone: (702) 383-6085
Telephone: (770) 434-6868
Facsimile:  (770) 434-7376          *Attorneys for Plaintiffs*
*Attorneys for Defendants*


IT IS SO ORDERED
DATED: February 22, 2011

_____
Hon. Roger L. Hunt
United States District Judge

3