
Mark R. Thierman, NSB 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500
Leon Greenberg, NSB 8094
A Professional Corporation
633 South 4th Street - Suite 4
Las Vegas, Nevada 89101
Telephone (702) 383-6085
Attorneys for Plaintiffs

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Jeffrey D. Winchester, Esq.
Nevada Bar No. 10279
3800 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
Telephone:  (702) 791-7600
Facsimile:  (702) 369-5694

and

TAYLOR ENGLISH DUMA LLP
Darren T. Horvath, Esq.
Georgia Bar No. 368205
Admitted *pro hac vice* (July 23, 2009)

1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile:  (770) 434-7376
Attorneys for Defendants

| | |
|---|---|
| RICK BRUNTON and MICHAEL LEBER individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>STARPOINT RESORT GROUP, INC.  and GEOHOLIDAY DEVELOPMENT, LLC, and "John Does", name fictitious, actual name and number unknown,<br><br>        Defendants. | **Case No.:**  09-cv-01101-RLH-PAL<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

The Court has before it Plaintiffs' unopposed motion for preliminary approval of a proposed class action settlement ("Settlement"). After reviewing the Motion for Preliminary Approval and the Stipulation and Settlement Agreement of Claims filed with the Court, the Court hereby finds and orders as follows:

1. The Court finds on a preliminary basis that the Settlement memorialized in the Stipulation and Settlement Agreement ("Stipulation") appears to be fair, adequate and reasonable, falls within the range of reasonableness, and therefore meets the requirements for preliminary approval.

2. The Court conditionally certifies for settlement purposes only the following class ("Class"):

> All current and former commissions-only frontline timeshare salespeople/sales agents and frontline timeshare "closers" who participated in selling timeshares for the Defendants at Starpoint Resort Group, Inc.'s sales centers in Las Vegas, Nevada, on or after April 15, 2003 except for such persons who are listed on Exhibit "F" hereto

3. The Court finds, for purposes of <u>settlement only</u>, that the Class meets the requirements for certification under Fed. R. Civ. P. 23(a) and 23(b)(3) in that: (1) the Class is so numerous that joinder is impracticable; there are questions of law and fact that are common to all Settlement Class Members, which questions predominate over individual issues; (2) Plaintiffs' claims are typical of the claims of the Class; (3) the Named Plaintiffs and Plaintiffs' counsel will fairly and adequately protect the interests of the Class; and (4) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

4. The Court appoints for settlement purposes only, Named Plaintiffs Michael Leber and Rick Brunton, as class representatives for the Class.

5. The Court appoints for settlement purposes only, Mark Thierman of the

Thierman Law Firm and Leon Greenberg of Leon Greenberg Professional Corporation as counsel for the Class.

6. The Court appoints _Rust Consulting_ as the Settlement Administrator.

7. The parties are ordered to carry out the settlement according to the terms of the Stipulation.

8. The Court orders the following schedule of dates for further proceedings:

   a. Deadline for serving and filing Motion for Final Approval: May 20, 2011.

   b. Final Approval Hearing: June 23, 2011 at 9:00 a.m., Courtroom 6C.

9. The Court approves, as to the form and content, the Notice of Class Action Settlement ("Notice"), attached hereto as Exhibit A, which informs the members of the Class of the terms of the proposed Settlement, the preliminary approval of the Settlement, and the scheduling of the Final Approval Hearing, and the Claim Forms attached hereto as Exhibits B through E. The Court finds that the dates selected for the mailing and distribution of the Notice and Claim Form meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

IT IS SO ORDERED.

Dated: March 8, 2011

_Roger L. Hunt_
Honorable Roger L. Hunt
UNITED STATES DISTRICT COURT JUDGE